UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY BRYANT,

       Plaintiff,

v.

                                                 Civil Case No. 22-12238
                                                 Honorable Linda V. Parker

JOHN R. SOLOMONSON, *et al.*,

       Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S MARCH 20, 2023, REPORT AND RECOMMENDATION

The action arises from alleged civil rights violations pursuant to 42 U.S.C. § 1983 and the Eighth Amendment of the U.S. Constitution. Pro se Plaintiff Jeffrey Bryant, an individual incarcerated at the Bellamy Creek Correctional Facility in Ionia, Michigan, initiated this lawsuit against Defendants John R. Solomonson, and "PA Kakani,"[1] on September 22, 2022. (ECF No. 1.) The matter has been referred to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a Report and Recommendation on all dispositive matters

---

[1] According to Defendant Solomonson, Physician Assistant Savithri Kakani is not an employee with the Michigan Department of Corrections, and as of the date of this opinion and order, has not been served. Plaintiff does not dispute this fact. (*See* Response, ECF No. 23.)

pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 20.)  On January 13, 2023, Solomonson filed a motion to dismiss.  (ECF No. 19.)  The motion is fully briefed.  (ECF Nos. 23, 24.)

On March 3, 2023, Magistrate Judge Stafford issued a Report and Recommendation (R&R) (ECF No. 29), followed by an amended R&R on March 20, 2023, recommending that the Court grant Solomonson's Motion to Dismiss (ECF No. 33.)  Specifically, Magistrate Judge Stafford concluded that Mr. Bryant failed to meet the subjective standard for a claim of deliberate indifference, which is required for a violation of the Eighth Amendment.  (*Id.* at Pg ID 124; *see also Farmer v. Brennan*, 511 U.S. 825, 834 (1994).)  At the conclusion of the R&R, Magistrate Judge Stafford informs the parties that they must file any objections to the R&R within fourteen days.  (*Id.* at Pg ID 127.)  She further specifically advises the parties that "[i]f a party fails to timely file specific objections, any further appeal is waived." (*Id.* (citation omitted).)  Neither party filed objections.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Solomonson's Motion to Dismiss (ECF No. 19) is **GRANTED**.

Dated: April 7, 2023          s/Linda V. Parker
                              LINDA V. PARKER

UNITED STATES DISTRICT JUDGE

3