UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY BRYANT,

    Plaintiff,

v.

                                        Case No. 22-cv-12238
                                        Honorable Linda V. Parker

JOHN R. SOLOMONSON, et al.,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S AUGUST 13, 2024 REPORT AND RECOMMENDATION

    Plaintiff Jeffery Bryant, proceeding pro se, commenced this lawsuit against Defendant Savithri Kakani on September 22, 2022, under 42 U.S.C. § 1983, stating that she violated his Eighth Amendment rights.  (ECF No.1.)  On April 11, 2024, Mr. Bryant filed a motion for default judgment against Ms. Kakani pursuant to Federal Rule of Civil Procedure 55.  (ECF No. 54.)  The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 20.)

    On August 13, 2024, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court deny Mr. Bryant's motion

for default judgment against Ms. Kakani. (ECF No. 59.) At the conclusion of her R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id*.) She further specifically advises the parties that "[i]f a party fails to timely file specific objections, any further appeal is waived." (*Id*.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Mr. Bryant's Motion for Default Judgment (ECF No. 54) is **DENIED**.

Date: September 9, 2024  s/LINDA V. PARKER
UNITED STATES DISTRICT JUDGE