UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY BRYANT,

Plaintiff,

v.

SAVITHRI KAKANI,

Defendant.

Case No. 22-12238
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

## ORDER DENYING DEFENDANT SAVITHRI KAKANI'S MOTION TO STAY (ECF NO. 76)

On May 22, 2025, defendant Savithri Kakani moved to stay.  ECF No. 76.  Because the Court settled this case on May 28, 2025, Kakani's motion to stay is **DENIED** as moot.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 2, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The

district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 2, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager

2